**Order filed August 25, 2022.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00380-CV
_____

**ABAYOMI AINA, Appellant**

**V.**

**ADEMOLA OSINOWO, Appellee**

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1182155**

# O R D E R

Appellant's brief was due August 17, 2022. No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within thirty (30) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.